UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NUMBER: 6:15-CV-207-ORL-40-KRS

JIMMY JENKINS,

    Plaintiff,

vs.

BREVARD COUNTY BOARD OF COMMISSIONS
a/k/a SPACE COAST AREA TRANSIT,

    Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff, JIMMY JENKINS, by and through his undersigned counsel, and sues the Defendant, BREVARD COUNTY BOARD OF COMMISSIONS a/k/a SPACE COAST AREA TRANSIT, and alleges as follows:

### INTRODUCTION

1. This is a proceeding for damages to redress the deprivation of rights secured to the Plaintiff by the Family and Medical Leave Act, 29 U.S.C. 2601-2654 ("FMLA").

### JURISDICTION AND VENUE

2. The Court has jurisdiction over their controversy based upon the FMLA, and venue is proper as all acts described herein occurred within this judicial district.

### PARTIES

3. At all times material hereto, the Plaintiff was/is a citizen of the United States, sui juris, and an employee of the Defendant.

4. At all times material hereto, the Plaintiff was an employee and member of a protected class within the meaning of the FMLA.

5. At all times material hereto, Defendant was a Florida Corporation doing business and services in this judicial district, was the employer or former employer of the Plaintiff, and is an employer as defined by the FMLA.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action.

## STATEMENT OF FACTS

7. The Plaintiff was an employee for the Defendant since November of 2005.

8. During this employment, and around May 30, 2014, the Plaintiff had been routinely calling out of work due to his wife suffering from back problems and provided doctor notes for these absences, placing the Defendant on notice that there was a need for leave.

9. However, unexplainably no FMLA leave was provided.

10. Thereafter, on June 1, 2014, the Plaintiff was to be out again and had tried to contact the Defendant numerous times, yet no one would answer.

11. On the following day, when the Plaintiff arrived to work, the Operations Supervisor, Pat Ryan, told him he was going to allow him to work for eleven (11) days while Pat sorted out what he would do with the Plaintiff.

12. During the following 11 days, Pat was training a new hire on the Plaintiff's route.

13. Then, on June 13, 2014, after half of his shift was over, the Plaintiff was met at one of his stops by the new hire and was told to go back to the main office.

14. When the Plaintiff arrived at the office Pat informed him that he was terminating him due to attendance.

## COUNT I
## FMLA INTERFERENCE

15. The Plaintiff incorporates by reference paragraphs 1-14 herein.

16. At all times material to this lawsuit, the Plaintiff was entitled to leave under the FMLA.

17. The Defendant unlawfully interfered with the Plaintiff's exercise of his FMLA rights by failing to provide FMLA leave and/or paperwork to the Defendant.

18. As a direct and proximate result of the Defendant's unlawful treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, under the FMLA.

19. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation under the FMLA.

WHEREFORE, the Plaintiff, JIMMY JENKINS, requests that judgment be entered against the Defendant, BREVARD COUNTY BOARD OF COMMISSIONS a/k/a SPACE COAST AREA TRANSIT, for all damages recoverable under the FMLA, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a jury trial.

Dated: February 6, 2015.                    Respectfully submitted,

Law Offices of Levy & Levy, P.A.
915 Middle River Drive, #518
Fort Lauderdale, Florida 33304
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

_____
CHAD E. LEVY, ESQ.
F.B.N.: 0851701