UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NUMBER: 6:15-CV-207-ORL-40-KRS

JIMMY JENKINS,

        Plaintiff,

vs.

BREVARD COUNTY BOARD OF COMMISSIONS
a/k/a SPACE COAST AREA TRANSIT,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, JIMMY JENKINS, hereby submits this Notice of Settlement with Defendant, BREVARD COUNTY BOARD OF COMMISSIONS a/k/a SPACE COAST AREA TRANSIT, and anticipates having the settlement papers completed and dismissal stipulation filed with the Court within fourteen (14) days.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Electronic Mail to: mbowling@bellroperlaw.com and ysuedmeyer@bellroperlaw.com for Michael H. Bowling, Esquire, Bell & Roper, P.A., 2707 E. Jefferson Street, Orlando, FL 32803, on June 22, 2015.

        Law Offices of Levy & Levy, P.A.
        915 Middle River Drive, Suite 518
        Ft. Lauderdale, Florida  33304
        T: (954) 763-5722 |  F: (954) 763-5723
        Email: chad@levylevylaw.com
        Service Email: assistant@levylevylaw.com
        *Counsel for Plaintiff*

        *s/Chad Levy*
        CHAD E. LEVY, ESQ.
        F.B.N.: 0851701